IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

      v.                                CRIMINAL NO. 20-343 (FAB)

GABRIEL URIANA
    Defendant.

## MOTION TO RESTRICT

TO THE HONORABLE JUDGE
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF PUERTO RICO

    COMES NOW, before this Honorable Court, Gabriel Uriana, through undersigned counsel and respectfully states and prays:

    1.    Undersigned counsel is filing concomitantly with the present motion a Sentencing Memorandum.

    2.    To maintain the privacy of the personal information contained in the memo undersigned counsel requests leave to file the motion using the *selected parties* viewing restriction, to be viewed by this Honorable Court, counsel for the government, and the United States Probation office.

    3.    This motion to restrict is filed in compliance with Standing Order No. 9 issued by Honorable Aida M. Delgado-Colon, Chief Judge of the United States District Court for the District of Puerto Rico, Misc. No. 03-149 (ADC).

    **WHEREFORE,** we respectfully request that this Honorable Court note the information contained herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the selected parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, April 24, 2024.

S/ *Giovanni J. Canino*

Giovanni J. Canino
USDC-PR 222503
PO Box 6688
San Juan, Puerto Rico 00914
Tel. (787)210-5882
gcanino@gmail.com